PHILIP A. TALBERT
United States Attorney
PETER K. THOMPSON
Acting Regional Chief Counsel, Region IX
Social Security Administration
BACILIO MENDEZ II, CSBN 332719
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (510) 970-4840
    Facsimile: (415) 744-0134
    E-Mail: Bacilio.Mendez@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

| | |
|---|---|
| CHRISTINE KAY CROSSLEY, | Case No.: 1:21-CV-01686-EPG |
| Plaintiff, | STIPULATION FOR AN EXTENSION OF TIME; ORDER |
| vs. | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Defendant shall have a 35-day extension of time, from Monday, July 4, 2022, to Monday, August 8, 2022, for Defendant to respond to Plaintiff's Motion for Summary Judgment. All other dates in the Court's Scheduling Order shall be extended accordingly.

This is Defendant's first request for an extension of time. Defendant respectfully requests this extension because the undersigned attorney is still new to the agency, his work must be reviewed by a more senior attorney prior to filing with the Court, and both he and his reviewer

require additional time to complete the review process and manage competing workload demands, including other district court briefs and Ninth Circuit briefs due in July. This request is made in good faith with no intention to unduly delay the proceedings.  Plaintiff does not oppose the requested extension.

WHEREFORE, Defendant requests until Monday, August 8, 2022, to file her opposition to Plaintiff's opening brief.

Respectfully submitted,

Dated: June 28, 2022                    /s/ *Francesco Benavides*\*
                                        FRANCESCO BENAVIDES
                                        Attorney for Plaintiff
                                        *as authorized via e-mail on June 28, 2022

Dated: June 28, 2022                    PHILLIP A. TALBERT
                                        United States Attorney
                                        PETER K. THOMPSON
                                        Acting Regional Chief Counsel, Region IX
                                        Social Security Administration

                             By:        /s/ *Bacilio Mendez II*
                                        BACILIO MENDEZ II
                                        Special Assistant United States Attorney

                                        Attorneys for Defendant

1

## **ORDER**

2          Pursuant to the parties' stipulation (ECF No. 13), IT IS HEREBY ORDERED that the

3   deadline for Defendant to respond to Plaintiff's opening brief is continued to August 8, 2022. All

4   remaining deadlines in the Scheduling Order (*see* ECF No. 5) are extended accordingly.

5

6   IT IS SO ORDERED.

7         Dated:   **June 28, 2022**                              /s/ *Erica P. Grosjean*

8                                                                    UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28